IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:21-CV-00186-M

**Terry Bostic,**

    Plaintiff,

v.

**Smithfield Foods, Inc.**,

    Defendant.

**Order**

This cause comes before the court upon Defendant's motion to stay case management deadlines. D.E. 23.

In granting the motion by Plaintiff's counsel to withdraw, the court directed that within 21 days Plaintiff's new counsel file a notice of appearance or Plaintiff file a notice of self-representation.

On or before September 19, 2022, the parties shall submit a joint proposed amended Scheduling Order that set forth time limits for discovery, dispositive motions, and all other remaining case management deadlines.

Dated: August 11, 2022.

                                      ROBERT T. NUMBERS, II
                                    UNITED STATES MAGISTRATE JUDGE